UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CR-14015-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Petitioner,

v.

LEONARD CARTER, a/k/a "Pee Wee",

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS ILEGALLY
OBTAINED EVIDENCE [DE 15]**

    This matter is before the Court upon Defendant's Motion to Suppress Illegally Obtained Evidence [DE 15]. The Court previously referred this case to Magistrate Judge Shaniek Maynard for a Report and Recommendation on the motion.

    Judge Maynard issued a Report and Recommendation in which she recommended that the motion be denied [DE 28]. No objections to the Report and Recommendation were filed.

    The Court has reviewed the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the Report and Recommendation and finds Judge Maynard's recommendation to be well reasoned and correct.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 28] is **ADOPTED** as the Order of the Court.

2. The Motion to Suppress Illegally Obtained Evidence [DE 15] is **DENIED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of September, 2020.

                                                  ROBIN L. ROSENBERG
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Petitioner
Counsel of Record